UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joshua Blaine Skutt                          Docket No. 7:13-CR-103-1BR

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joshua Blaine Skutt, who, upon an earlier plea of guilty to 18 U.S.C. §§922(g)(1) & 924 Felon In Possession of a Firearm, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on August 4, 2014, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Joshua Blaine Skutt was released from custody on May 22, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Skutt was referred to an outpatient substance abuse provider for purposes of determining any substance abuse or mental health treatment needs. The assessment revealed a need for mental health treatment and recommended Skutt receive a psychiatric evaluation and medication in addition to individual mental health counseling. As such it is recommended the court impose a special condition for mental counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: February 23, 2018 |

**Joshua Blaine Skutt**
**Docket No. 7:13-CR-103-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __26__ day of __February__, 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge